UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
DON LIA, MOBILE MANAGEMENT, LLC and N.R.AUTOMOTIVE, INC.,

Case No.: CV-11-3621 (SJF)(ETB)

**NOTICE OF APPEARANCE**

Plaintiffs,

-against-

MICHAEL SAPORITO and
JESSE ARMSTEAD,

Defendants.
-------------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that PATRICK PATEL, ATTORNEY AT LAW, by and through his local counsel, HESSION BEKOFF COOPER & Lo PICCOLO, LLP, hereby enters his appearance as attorneys for Defendant, JESSE ARMSTEAD, and demands that all pleadings and papers served and/or filed in this action be served upon requests that all notices given or required to be given in this matter and all papers served or required to be served in this matter be given to and served upon the following:

Patrick Patel, Attorney-at-Law
*Attorney for Defendant, Jesse Armstead*
580 Newark Avenue
Suite B
Jersey City, New Jersey 07306

- and -

Andrew Paul Cooper, Esq.
HESSION BEKOFF COOPER & Lo PICCOLO, LLP
*Local Counsel for Defendant, Jesse Armstead*
1103 Stewart Avenue, Suite 200
Garden City, New York 11530
516.408.3666
acooper@hbclaw.net; jcader@hbclaw.net

HESSION BEKOFF COOPER & Lo PICCOLO, LLP
Attorneys and Counselors at Law
1103 Stewart Avenue
Suite 200
Garden City, New York 11530
Tel. 516.408.3666
e-mail: acooper@hbclaw.net

Dated: Garden City, New York
August 2, 2011

                                    Yours, etc.

                                    **HESSION, BEKOFF, COOPER**
                                    **& LoPICCOLO, LLP**
                                    *Local Counsel for Defendant, Jesse Armstead*

By:    */s/ Andrew Paul Cooper*
          Andrew Paul Cooper, Esq.
          1103 Stewart Avenue
          Suite 200
          Garden City, New York 11530
          (516) 408-3666
          acooper@hbclaw.net

                - and -

**PATRICK PATEL, ATTORNEY AT LAW**
*Attorney for Defendant, Jesse Armstead*

By:    */s/ Patrick Patel*
          580 Newark Avenue
          Suite B
          Jersey City, New Jersey 07306
          Tel: (201) 656-6504

To: Jeffrey H. Weinberger, Esq.
**LAW OFFICE OF STEVEN COHN, P.C.**
*Attorneys for Plaintiffs*
One Old Country Road
Suite 420
Carle Place, New York 11514
(516) 294-6410

Matthew Marks, Esq.
**LEEDS MORELLI & BROWN, P.C.**
*Attorneys for Defendant, Michael Saporito*
One Old Country Road
Suite 420
Carle Place, New York 11514
(516) 873-9550