UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
DON LIA, MOBILE MANAGEMENT, LLC
and N.R. AUTOMOTIVE, INC.,

                              Plaintiffs,        CASE NO.:
                                                                       CV-11-3621 (SJF)(ETB)
    -against-

MICHAEL SAPORITO and                             **STIPULATION**
JESSE ARMSTEAD,                                         **EXTENDING TIME TO**
                                          Defendants.       **ANSWER OR**
                                                                             **OTHERWISE MOVE**
------------------------------------------------------------------ X

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties below that:

      1. The time by which Defendant, JESSE ARMSTEAD has to answer or otherwise move in response to the Complaint in this action is hereby extended to and including September 2, 2011;

      2. That in consideration of said extension, the said Defendant agrees to waive all defenses based upon ineffective service of process; and

      3. That this Agreement may be executed in any number of counterparts, each of which shall be deemed, but all of which together shall constitute, one and the same instrument. This Agreement may be executed by facsimile or electronic signatures, which shall be deemed original signatures for purposes of this Stipulation.

                              [the remainder of this page is intentionally blank]

Dated:   Garden City, New York
         August 2, 2011

| | |
|---|---|
| LAW OFFICE OF STEVEN COHN, P.C.<br>*Attorneys for Plaintiffs* | PATRICK PATEL, ESQ.<br>*Attorney for Defendant, Jesse Armstead* |
| By: __/s/ Jeffrey H. Weinberger__<br>     Jeffrey H. Weinberger, Esq.<br>     One Old Country Road<br>     Suite 420<br>     Carle Place, New York  11514<br>     (516) 294-6410 | By: __/s/ Patrick Patel__<br>     Patrick Patel, Esq.<br>     580 Newark Avenue<br>     Suite B<br>     Jersey City, New Jersey  07306<br>     (201) 656-6504 |
| | - and- |
| | HESSION BEKOFF COOPER & LoPICCOLO, LLP<br>*Local Counsel* |
| | By: __/s/  Jonathan M. Cader__<br>     Jonathan M. Cader, Esq.<br>     1103 Stewart Avenue<br>     Suite 200<br>     Garden City, New York  11530<br>     (516) 408-3666 |

SO ORDERED:

_____
Hon. E. Thomas Boyle
U.S. Magistrate Judge