NEW YORK
605 THIRD AVENUE
NEW YORK, N.Y. 10158
(212) 557-7200

# DAVIDOFF HUTCHER & CITRON LLP

ATTORNEYS AT LAW
200 GARDEN CITY PLAZA
SUITE 315
GARDEN CITY, NEW YORK 11530

———

(516) 248-6400
FAX (516) 248-6422
WWW.DHCLEGAL.COM

ALBANY
150 STATE STREET
ALBANY, N.Y. 12207
(518) 465-8230

WASHINGTON, D.C.
444 NORTH CAPITAL STREET, N.W.
WASHINGTON, D.C. 20001
(202) 347-1117

WRITER'S DIRECT: 516.247.4449
E-MAIL: apc@dmlegal.com

September 6, 2012

Clerk of the Court
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
100 Federal Plaza
Central Islip, New York  11722

   Re: *Lia v. Saporito, et al.*
     Case No. 11-cv-3621 (SJF)(ETB)

Dear Sir/Madam:

   I am counsel for Jessie Armstead in the above referenced case, and I am writing to the Court to request that my firm and email information on my ECF filing account be updated. Please be advised that I am no longer associated with the law firm of Hession Bekoff Cooper & Lo Piccolo, LLP, and am now a partner in the law firm of Davidoff Hutcher & Citron LLP, located at 200 Garden City Plaza, Suite 315, Garden City, New York  11530 (Tel. 516-248-6400; Fax: 516-248-6422).  Although my information was changed in the companion case of *W&D Imports, Inc. v. Lia, et al.*, Case No. 11-CV-4144 (SJF)(ETB), it does not appear to have been changed in this case.  Accordingly, I ask that my account be updated to reflect that information, as well as updating my email account information, which is now apc@dhclegal.com.

   In closing, I thank you for your attention to this matter.

          Respectfully submitted,

          Andrew Paul Cooper

80085276