BEFORE: **E. THOMAS BOYLE**
UNITED STATES MAGISTRATE JUDGE

DATE: <u>OCTOBER 9, 2012</u>
TIME: <u>10:00 A.M.</u>

ASSIGNED JUDGE: **FEUERSTEIN**

DOCKET NO. <u>CV-11-3621</u> CASE <u>LIA   V. SAPORITO</u>

## CIVIL CONFERENCE

Initial X  Status___ Discovery__ Settlement __ Final Pre-trial__   FTR = 10:16 – 10:54

Motion :

Automatic Discovery: Has been (____) Has Not Been (____) Completed.

APPEARANCES:   <u>Plaintiff</u>
Eric L. Chase

<u>Defendant</u>
Francis X Riley, III (Allstar Motors)
Matthew Weinick (Saporito / Michael Saporito)
Robert D. Luttice (American Honda)

* Discovery completed by _____

*The discovery completion date specified in any pre-trial order is the last day to serve discovery responses. To be timely, discovery requests must be served sufficiently in advance of the discovery completion date for responses to be served prior to the discovery completion date.

Next ___SC___ conference  11/14/12 at 11:00 am by phone

Pre-Trial Order filed by _____

~~The conference call should be made through the teleconference operator provided by your long-distance service (e.g., AT&T, MCI, etc.)~~

Plaintiff _____

Defendant _____

THE FOLLOWING RULINGS WERE MADE:

1. Plaintiff(s) shall serve all automatic disclosure (Rule 26(a)(1)) by _____
   Defendant(s) shall serve all automatic disclosure (Rule 26(a)(1)) by _____

2. The parties shall serve document production/interrogatory demands by _____
   The parties shall respond to outstanding document production/ interrogatories by _____

For the reasons set forth on the record all discovery is stayed pending the outcome of the 26(c) application which may be filed in letter form — not exceeding 3 pages on the following schedule: mov. 10/16; opp'n 10/23/12; reply 10/26/12

So ordered: E. Thomas Boyle, MJ