# BRESSLER, AMERY & ROSS

A PROFESSIONAL CORPORATION

P.O. Box 1980  •  Morristown, NJ 07962

Hand Delivery:

325 Columbia Turnpike  •  Suite 301  •  Florham Park, NJ 07932

973.514.1200  •  fax 973.514.1660

www.bressler.com

Eric L. Chase  
Member

direct: 973-966-9686  
echase@bressler.com

October 25, 2012

Honorable Magistrate E. Thomas Boyle, U.S.M.J.  
U.S.D.C., Eastern District of New York  
Alfonse M. D'Amato U.S. Courthouse  
100 Federal Plaza  
Central Islip, NY  11722-4449

Re: *Lia v. Saporito,* Civil Case No. cv-11-3621 consolidated with *W&D Imports, Inc. v. Lia*, Civil Case No. cv-11-4144

Dear Magistrate Judge Boyle:

This firm represents the Plaintiffs W&D Imports, Inc. d/b/a Willis Honda and David Davis (collectively "Willis"). We erroneously concluded that replies were not permitted on the stay of discovery motion and hereby withdraw our objection to those replies. (ECF Doc. No. 76).

We apologize for any convenience this may have caused the Court and we appreciate Your Honor's consideration and patience.

Respectfully yours,

ERIC L. CHASE

ELC/ai  
cc:  Counsel of Record *(Via ECF and E-mail)*

1675239

New Jersey  •  New York  •  Florida